UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTER DIVISION

BEACON NAVIGATION GmbH,

    Plaintiff,

v.                                                  Civil Case No. 13-11405
                                                  Honorable Patrick J. Duggan

AUDI AG, AUDI OF AMERICA, INC., and
AUDI OF AMERICA, LLC,

    Defendants.
_____/

**<u>ORDER GRANTING PLAINTIFF'S MOTION TO LIFT DISCRETIONARY STAY</u>**

      On March 20, 2013, the District Court for the District of Delaware entered an order transferring the above-captioned matter to this District and it was assigned to the undersigned. Before the matter was transferred, Plaintiff filed a motion to lift the stay entered by the Delaware court on May 24, 2012. The stay was entered pending resolution of an investigation in the United States International Trade Commission titled *In the Matter of Certain GPS Navigation Systems, Components Thereof, and Products Containing Same*, Inv. No. 337-TA-814 ("-814 investigation"). Plaintiff filed the pending motion after the -814 investigation ended. The motion is unopposed.

      There no longer is any reason for the stay now that the -814 investigation

has ended.

    Accordingly,

    **IT IS ORDERED**, that Plaintiff's motion to lift discretionary stay is **GRANTED**.

Dated: July 30, 2013          s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT COURT

Copies to:
Counsel of Record